| | |
|---|---|
| Debtor 1 | Lynn Ann Simon |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 19-31238 |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Hostess | |
| Employer's name | Iron Gate | |
| Employer's address | 1360 El Camino Real<br>Belmont, CA 94002 | |
| How long employed there? | 1 year | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,206.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 1,206.00 | $ N/A |

# EXHIBIT 1

Official Form 106I          Schedule I: Your Income          page 1
Case: 19-31238    Doc# 15    Filed: 01/08/20    Entered: 01/08/20 12:34:49    Page 16 of 37

Case: 19-31238    Doc# 18-1    Filed: 01/24/20    Entered: 01/24/20 16:20:32    Page 1 of 6

|   |   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|   | Copy line 4 here | 4. | $ 1,206.00 | $ N/A |

5. List all payroll deductions:

|   |   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 43.79 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 43.79 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,162.21 | $ N/A |

8. List all other income regularly received:
   - **8a. Net income from rental property and from operating a business, profession, or farm**
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ 4,000.00    $ N/A
   - **8b. Interest and dividends**    8b.   $ 0.00    $ N/A
   - **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive**
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ 0.00    $ N/A
   - **8d. Unemployment compensation**    8d.   $ 0.00    $ N/A
   - **8e. Social Security**    8e.   $ 1,937.00    $ N/A
   - **8f. Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____    8f.   $ 0.00    $ N/A
   - **8g. Pension or retirement income**    8g.   $ 0.00    $ N/A
   - **8h. Other monthly income. Specify:   Cash tips**    8h.+   $ 310.00 +   $ N/A
     **Boarding income**    $ 2,400.00    $ N/A

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 8,647.00    $ N/A

10. Calculate monthly income. Add line 7 + line 9.    10.   $ 9,809.21 + $ N/A = $ 9,809.21
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.   +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies    12.   $ 9,809.21
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Case: 19-31238   Doc# 18-1   Filed: 01/24/20   Entered: 01/24/20 16:20:32   Page 2 of 6

# United States Bankruptcy Court
## Northern District of California

In re: **Lynn Ann Simon**  
Debtor(s)

Case No. **19-31238**  
Chapter **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:
1. Gross Income For 12 Months Prior to Filing: $ 34,575.00

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:
2. Gross Monthly Income $ 4,000.00

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:
3. Net Employee Payroll (Other Than Debtor) $ 0.00
4. Payroll Taxes 0.00
5. Unemployment Taxes 0.00
6. Worker's Compensation 0.00
7. Other Taxes 0.00
8. Inventory Purchases (Including raw materials) 0.00
9. Purchase of Feed/Fertilizer/Seed/Spray 0.00
10. Rent (Other than debtor's principal residence) 0.00
11. Utilities 0.00
12. Office Expenses and Supplies 0.00
13. Repairs and Maintenance 0.00
14. Vehicle Expenses 0.00
15. Travel and Entertainment 0.00
16. Equipment Rental and Leases 0.00
17. Legal/Accounting/Other Professional Fees 0.00
18. Insurance 0.00
19. Employee Benefits (e.g., pension, medical, etc.) 0.00
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21) $ 0.00

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ 4,000.00

Fill in this information to identify your case:

Debtor 1: Lynn Ann Simon
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA
Case number (If known): 19-31238

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 0.00

   If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Debtor 1  Lynn Ann Simon                                                    Case number (if known) 19-31238

6. Utilities:
   6a. Electricity, heat, natural gas                                        6a. $       300.00
   6b. Water, sewer, garbage collection                                      6b. $       204.00
   6c. Telephone, cell phone, Internet, satellite, and cable services        6c. $       250.00
   6d. Other. Specify:                                                       6d. $         0.00
7. Food and housekeeping supplies                                             7. $       250.00
8. Childcare and children's education costs                                   8. $         0.00
9. Clothing, laundry, and dry cleaning                                        9. $         0.00
10. Personal care products and services                                      10. $         0.00
11. Medical and dental expenses                                              11. $         0.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                             12. $       150.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books       13. $         0.00
14. Charitable contributions and religious donations                         14. $         0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                      15a. $        0.00
    15b. Health insurance                                                    15b. $        0.00
    15c. Vehicle insurance                                                   15c. $      125.00
    15d. Other insurance. Specify:                                           15d. $        0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                                 16. $         0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                          17a. $        0.00
    17b. Car payments for Vehicle 2                                          17b. $        0.00
    17c. Other. Specify:                                                     17c. $        0.00
    17d. Other. Specify:                                                     17d. $        0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).   18. $        0.00
19. Other payments you make to support others who do not live with you.         $         0.00
    Specify:                                                                 19.
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                         20a. $        0.00
    20b. Real estate taxes                                                   20b. $        0.00
    20c. Property, homeowner's, or renter's insurance                        20c. $        0.00
    20d. Maintenance, repair, and upkeep expenses                            20d. $        0.00
    20e. Homeowner's association or condominium dues                         20e. $        0.00
21. Other: Specify:                                                          21. +$        0.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                                  $     1,279.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.               $     1,279.00

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.        23a. $     9,809.21
    23b. Copy your monthly expenses from line 22c above.                     23b. -$    1,279.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                              23c. $     8,530.21

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.     Explain here:

Official Form 106J                          Schedule J: Your Expenses                                         page 2
Case: 19-31238    Doc# 15    Filed: 01/08/20    Entered: 01/08/20 12:34:49    Page 20 of 37

Case: 19-31238    Doc# 18-1    Filed: 01/24/20    Entered: 01/24/20 16:20:32    Page 5 of 6

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Lynn Ann Simon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 19-31238 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Lynn Ann Simon
Lynn Ann Simon
Signature of Debtor 1

X _____
Signature of Debtor 2

Date January 8, 2020

Date _____