Matthew G. Grech, Esq. SBN 252848
Grech Legal
2000 Broadway Street, Suite 231
Redwood City, CA 94063
Tel: (650) 743-2548
Fax: (650) 276-7163
Email: info@grechlegal.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| In Re:<br><br>**LYNN ANN SIMON**,<br><br>Debtor(s). | Case No.: 19-31238<br>Chapter 13<br><br>**OPPOSITION TO MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION**<br><br>Date: April 15, 2020<br>Time: 11:10 am<br>Location: 450 Golden Gate Avenue, 16th Floor<br>　　　　Courtroom 19<br>　　　　San Francisco, CA 94102 |

Debtor LYNN ANN SIMON ("Debtor") hereby opposes the Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation ("Motion"), as follows:

Debtor is in the process of filing an Amended Chapter 13 Plan, which will propose to sell her home, which in turn she expects will allow her to pay the nonpriority secured claims at 100%

As such, Debtor requests that the Motion be denied.

Dated: March 31, 2020　　　　　　　　　　　　　　　　GRECH LEGAL


　　　　　　　　　　　　　　　　　　　　　　　　　/s/*Matthew G. Grech*
　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW G. GRECH
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor

OPPOSITION TO MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION
1