

**Signed and Filed: April 2, 2020**

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 19-31238 HLB |
| LYNN ANN SIMON, | ) Chapter 13 |
| Debtor(s). | ) |

### ORDER RE TRUSTEE'S MOTION TO DISMISS

On March 6, 2020, the Trustee filed a motion to dismiss the above-captioned Chapter 13 case for lack of prosecution (Dkt. 19; the "Motion"). Debtor has opposed the Motion (Dkt. 25).

The Motion asserts that Debtor did not prosecute this case because the Trustee requested certain actions be taken as set forth in Attachment A to the Motion, and Debtor failed to act on these requests. The motion also asserts that Debtor's plan payments are delinquent in the amount of $21,681.00. Debtor responds only that she will be filing an amended plan, which has not yet been filed.

Accordingly, the court hereby **ORDERS** that Debtor shall perform the following on or before **April 29, 2020**:

- **Bring plan payments current such that the Trustee has received all payments that have come due by the deadline**

ORDER RE TRUSTEE'S MOTION TO DISMISS - 1 -

OR file and serve an amended plan that resolves any deficiency;
- Provide the Trustee with a signed copy of the Debtor's 2018 filed federal income tax return;
- Provide the Trustee with a completed Chapter 13 Business Questionnaire;
- Provide the Trustee with payment advices for the sixty (60) days prior to the filing of the bankruptcy, or in the alternative if the payment advices are unavailable, a declaration which sets forth the reasons that the required information is unavailable and provides an estimate of the payments received in the sixty (60) days prior to filing;
- Provide the Trustee with verification of income from social security in the amount of $1,937.00;
- Provide the Trustee with verification of boarding income in the amount of $2,400.00;
- Provide the Trustee with the Class 1 Checklist (Form NDC 1-3) and the Authorization to Release Information to Trustee Regarding Secured Claims Being Paid by the Trustee (Form NDC 1-4);
- Serve the Chapter 13 Plan on all creditors with 28 days' notice, and file a certificate evidencing such service;
- Provide the Trustee with an explanation of how Debtor valued the real property located at 942 Wilmington Way, Emerald Hills, CA at $954,807.00;
- Obtain withdrawal of the objection to confirmation of plan by creditor U.S. Bank National Association filed on

**January 24, 2020 OR set the objection for hearing on 28
       days' notice on the next available Chapter 13 calendar;**
       - **File an Application for Approval of Attorney Fees.**

If Debtor complies timely and fully with the terms of this order, the Motion is **DENIED**.

If Debtor fails to comply timely and fully with the terms of this order, the Trustee shall file and serve a declaration under penalty of perjury detailing why Debtor(s) has failed to comply **and shall upload an order granting the Motion and dismissing the case.** The hearing on the Motion set for April 15, 2020 is vacated.

**\*\*END OF ORDER\*\***

ORDER RE TRUSTEE'S MOTION TO DISMISS

- 3 -

## Court Service List

[None]