

1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3  411 Ivy Street
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811
   jwong@mccarthyholthus.com
6

Signed and Filed: April 10, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

7  Attorneys for
8  U.S. Bank National Association, as trustee, in
   trust for registered holders of First Franklin
9  Mortgage Loan Trust, Mortgage Loan Asset-
   Backed Certificates, Series 2006-FF18, its
10 assignees and/or successors, by and through its
11 servicing agent Select Portfolio Servicing, Inc.

12
13              UNITED STATES BANKRUPTCY COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15                   SAN FRANCISCO DIVISION

16 In re:                          ) Case No. 19-31238 HLB
                                   )
17 Lynn Ann Simon,                 ) Chapter 13
                                   )
18         Debtor.                 ) RS No. JCW-11305
19                                 )
                                   )
20                                 ) **ORDER ON MOTION FOR RELIEF**
21                                 ) **FROM AUTOMATIC STAY**
                                   )
22                                 ) Date:  4/09/2020
                                   ) Time:  1:00PM
23                                 ) Ctrm:  19
24                                 ) Place: 450 Golden Gate Ave
                                   )        San Francisco, CA 94102
25                                 )
26                                 ) Judge: Hannah L. Blumenstiel
                                   )
27                                 )
                                   )
28 _____)
29

1  The motion of U.S. Bank National Association, as trustee, in trust for registered holders
2  of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-
3  FF18, its assignees and/or successors, by and through its servicing agent Select Portfolio
4  Servicing, Inc. ("Movant") for relief from the automatic stay came on regularly for hearing by
5  the Court on the date, time and place set forth above, before the Honorable Hannah L.
6  Blumenstiel. Movant appeared by and through its Attorney of Record, McCarthy & Holthus,
7  LLP by Jennifer C. Wong, Esq. All other appearances are as noted in the court record.

8  Upon reading the papers and pleadings on file herein, and upon hearing oral argument
9  and based on the evidence presented, the Court rules as follows:

11  IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. § 362 be
12  and are hereby terminated with respect to the interests of Movant in the real property commonly
13  known as 942 Wilmington Wy, Redwood City, CA 94062.
14  IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule
15  4001(a)(3) is waived upon relief.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

NONE