| | |
|---|---|
| 1 | Matthew G. Grech, Esq. SBN 252848 |
| 2 | Grech Legal<br>2000 Broadway Street, Suite 231<br>Redwood City, CA 94063 |
| 3 | Tel: (650) 743-2548<br>Fax: (650) 276-7163 |
| 4 | Email: info@grechlegal.com |
| 5 | Attorneys for Debtor |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>**LYNN ANN SIMON**,<br><br>Debtor(s). | Case No.: 19-31238<br>Chapter 13<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE; DECLARATION IN SUPPORT** |

## MOTION

Debtor LYNN ANN SIMON hereby moves this court for an order dismissing the above-entitled bankruptcy case, pursuant to 11 USC § 1307(b) and Bankruptcy Local Rule 1017-2.

The subject case was commenced by the filing of a voluntary petition under Chapter 13 on November 27, 2019, and has not been converted under 11 USC §§ 706, 1112, or 1208.

There are no pending motions to convert this case to Chapter 7 nor are there any pending motions to dismiss this case with prejudice.

Dated: April 20, 2020                                                           GRECH LEGAL


                                                                                                /s/*Matthew G. Grech*
                                                                                                MATTHEW G. GRECH
                                                                                                Attorneys for Debtor

# DECLARATION

I, LYNN ANN SIMON, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am the Debtor in the above Chapter 13 bankruptcy case, which was filed on or about November 27, 2020.

3. This Declaration in being submitted in support of my Motion for Voluntary Dismissal of Chapter 13 case.

4. There are no pending motions to convert this case to Chapter 7 nor are there any pending motions to dismiss this case with prejudice.

I declare under penalty of perjury, under the laws of the State of California, in Redwood City, California, that the foregoing is true and correct.

Dated: April 20, 2020          */s/ Lynn Ann Simon*
                               LYNN ANN SIMON