Matthew G. Grech, Esq. SBN 252848
Grech Legal
2000 Broadway Street, Suite 231
Redwood City, CA 94063
Tel: (650) 743-2548
Fax: (650) 276-7163
Email: info@grechlegal.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>**LYNN ANN SIMON**,<br><br>Debtor(s). | Case No.: 19-31238<br>Chapter 13<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** |

NOTICE IS HEREBY GIVEN that Debtor LYNN ANN SIMON ("Debtor") has filed Motion for Voluntary Dismissal of Chapter 13 Case pursuant to Bankruptcy Rule 2002 and Bankruptcy Local Rule 9014-1.

Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within seven (7) days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

\\\

\\\

NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

1

Case: 19-31238    Doc# 29    Filed: 04/20/20    Entered: 04/20/20 15:14:03    Page 1 of 2

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: April 20, 2020                                        GRECH LEGAL

/s/*Matthew G. Grech*
MATTHEW G. GRECH
Attorneys for Debtor

NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

2