SCOTT J. SAGARIA (BAR # 217981)
JOE ANGELO (BAR # 268542)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

In Re:

DEAN GREGORY ASIMOS,

                Debtor.

Case No.: 11-13214-AJ

Chapter 13

**CERTIFICATE OF SERVICE**

      I, Garrett Lenox, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 and am not a party to the within entitled action. My business address is 333 West San Carlos Street, Suite 1750, San Jose, California 95110.

      On January 7, 2013, I served the following documents:
1) **DECLARATION OF DEAN ASIMOS**
2) **EXHIBITS A-F**
3) **CERTIFICATE OF SERVICE**

      on all interested parties named below, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service at San Jose, California, addressed as follows:

**Law Offices of Les Zieve**
**18377 Beach Boulevard, Ste. 210**
**Huntington Beach, CA 92648**
**//**
**//**

CERTIFICATE OF SERVICE - 1

**U.S. Bankruptcy Court/SR**
**99 South "E" Street**
**Santa Rosa, 95404**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 7, 2013, at San Jose, California.

                                                  */s/ Garrett Lenox*
                                                  Garrett Lenox